B6A (Official Form 6A) (12/07)

In re: Michael K Wright _____,
Debtor

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total ➤ 0.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  Michael K Wright  ,  Case No. _____
Debtor                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | STATE BANK/CHECKING | | 6.95 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HHG- NO ONE ITEM EXCEEDS $300 IN VALUE | | 3,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | WEARING APPAREL | | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re **Michael K Wright** , Debtor                                                          Case No. _____ (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 02 FORD F250 | | 8,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 09 JEEP WRANGLER | J | 15,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 95 JEEP WRANGLER | | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 06 JAYCO CAMPER | | 6,000.00 |
| Other personal property of any kind not already listed. Itemize. | | 06 JET SKI | J | 5,000.00 |
| Other personal property of any kind not already listed. Itemize. | | 99 MOBILE HOME | | 30,000.00 |

In re  Michael K Wright                                  ,           Case No. _____
                              Debtor                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Pontoon BOAT | | 5,000.00 |
| Other personal property of any kind not already listed. Itemize. | | TRAILER | | 800.00 |

_____2_____ continuation sheets attached    Total ▸    $ 75,006.95

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  Michael K Wright
_____
          Debtor

Case No. _____
                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| 02 FORD F250 | Ga. Code Ann. § 44-13-100(a)(6) | 3,000.00 | 8,000.00 |
|  | Ga. Code Ann. § 44-13-100(a)(3) | 5,000.00 |  |
| 06 JAYCO CAMPER | Ga. Code Ann. § 44-13-100(a)(1) | 6,000.00 | 6,000.00 |
| 95 JEEP WRANGLER | Ga. Code Ann. § 44-13-100(a)(6) | 1,500.00 | 1,500.00 |
| BOAT | Ga. Code Ann. § 44-13-100(a)(6) | 893.00 | 5,000.00 |
| HHG- NO ONE ITEM EXCEEDS $300 IN VALUE | Ga. Code Ann. § 44-13-100(a)(4) | 3,500.00 | 3,500.00 |
| STATE BANK/CHECKING | Ga. Code Ann. § 44-13-100(a)(6) | 6.95 | 6.95 |
| WEARING APPAREL | Ga. Code Ann. § 44-13-100(a)(6) | 200.00 | 200.00 |

B6D (Official Form 6D) (12/07)

In re  Michael K Wright                         ,          Case No. _____
                    Debtor                                           (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❏   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ALLY FINANCIAL<br>PO BOX 380901<br>BLOOMINGTON, MN 55438 | | | 09 JEEP WRANGLER<br><br>VALUE $15,000.00 | | | | 15,000.00 | 0.00 |
| ACCOUNT NO.<br>CAPITAL ONE RETAIL SERVICES<br>PO BOX 30257<br>SALT LAKE CITY, UT 84130<br><br>CAPITAL ONE RETAIL SERVICES<br>DEPT 7680<br>CAROL STREAM, IL 60116<br><br>CAPITAL ONE/ YAMAHA<br>PO BOX 30253<br>SALT LAKE CITY, UT 84130 | | | 06 JET SKI<br><br>VALUE $5,000.00 | | | | 8,796.00 | 3,796.00 |

1    continuation sheets
     attached

                    Subtotal >                              $ 23,796.00    $ 3,796.00
                    (Total of this page)

                    Total >                                 $              $
                    (Use only on last page)

                                                            (Report also on Summary of   (If applicable, report
                                                             Schedules)                  also on Statistical
                                                                                         Summary of Certain
                                                                                         Liabilities and
                                                                                         Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  Michael K Wright
           Debtor

Case No. _____ (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GREENTREE<br>PO BOX 94710<br>PALATINE, IL 60094<br><br>GREENTREE<br>PO BOX 6172<br>RAPID CITY, SD 57709<br><br>GREENTREE BANKRUPTCY DEPT<br>PO BOX 6154<br>RAPID CITY, SD 57709 | | | 99 MOBILE HOME<br><br>VALUE $30,000.00 | | | | 50,859.00 | 20,859.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)
$ 50,859.00   $ 20,859.00

Total ➤
(Use only on last page)
$ 74,655.00   $ 24,655.00

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Michael K Wright** _____,
                              Debtor

Case No. _____ (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 continuation sheets attached

In re  Michael K Wright
                        Debtor

Case No. _____ (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GA DEPT OF REVENUE<br>1800 CENTURY BLVD<br>NE STE 9100<br>ATLANTA, GA 30345 | | | 2013 and 2014 | | | | 906.00 | 906.00 | $0.00 |
| ACCOUNT NO.<br>IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | | | 2013 and 2014 | | | | 1,400.00 | 1,400.00 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals> (Totals of this page) $ 2,306.00  $ 2,306.00  $ 0.00

Total >
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 2,306.00

Total >
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 2,306.00  $ 0.00

B6F (Official Form 6F) (12/07)

In re **Michael K Wright**                                                                                       Case No. _____
                        Debtor                                                                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br>ADVANCE BUREAU OF COLLECTIONS<br>135 LAMAR ST<br>MACON, GA 31204 | | | COLLECTIONS FOR GEORGA HEART VASUCLAR CTR | | | | 152.00 |
| ACCOUNT NO.  <br>ALLIED INTERSTATE LLC<br>PO BOX 361445<br>COLUMBUS, OH 43236 | | | COLLECTIONS FOR WINDSTREAM COMMUNICATIONS INC/ LVNV FUNDING LLC | | | | 527.94 |
| ACCOUNT NO.  <br>AMERICAN EXPRESS<br>PO BOX 981535<br>EL PASO, TX 79998<br><br>AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS, TX 75265<br><br>AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO, TX 79998 | | | | | | | 7,232.67 |
| ACCOUNT NO.  <br>CARDMEMBER SERVICE<br>PO BOX 15153<br>WILMINTON, DE 19886 | | | | | | | 1,457.01 |

_3_   Continuation sheets attached

Subtotal ▸ $ 9,369.62

Total ▸ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Michael K Wright,  
                Debtor

Case No. _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CARECREDIT/SYNCHRON BANK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965061<br>ORLANDO, FL 32896<br><br>SYNCB/CARECREDIT<br>PO BOX 965036<br>ORLANDO, FL 32896<br><br>Synchrony Bank<br>PO Box 960061<br>Orlando FL 32896 | | | | | | | 544.70 |
| ACCOUNT NO.<br>CENTRAL GEORGIA CANCER CARE<br>800 FIRST ST STE 410<br>MACON, GA 31201 | | | | | | | 1,737.26 |
| ACCOUNT NO.<br>CHASE/ BANK ONE CARD SERVICE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | | | | | | 1,457.00 |
| ACCOUNT NO.<br>CREDIT BUREAU ASSOCIATES<br>420 COLLEGE ST<br>MACON, GA 31201 | | | COLLECTIONS FOR BRANTLEY DR GERALD MD | | | | 780.00 |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors  
Holding Unsecured  
Nonpriority Claims

Subtotal > $ 4,518.96

Total > $  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Michael K Wright _____,  
                    Debtor

Case No. _____  
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CREDIT BUREAU ASSOCIATES<br>420 COLLEGE ST<br>MACON, GA 31201 | | | COLLECTIONS FOR COURT COSTS | | | | 102.00 |
| ACCOUNT NO.<br>LVNV FUNDING<br>C/O RESURGENT CAPITAL SERVICE<br>PO BOX 10497<br>MS 576<br>GREENVILLE, SC 29603 | | | COLLECTIONS FOR WINDSTREAM | | | | 528.00 |
| ACCOUNT NO.<br>MARTIN AND WOODYARD SURGERY<br>330 HOSPITAL DR STE 315<br>MACON, GA 31217 | | | | | | | 185.69 |
| ACCOUNT NO.<br>PATIENT ACCOUNTS BUREAU<br>PO BOX 279<br>NORCROSS, GA 30091<br><br>RADIOLOGY ASSOCIATES OF MACON<br>PO BOX 1044<br>INDIANAPOLIS, IN 46206 | | | COLLECTIONS FOR RADIOLOGY ASSOC OF MACON | | | | 234.48 |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors  
Holding Unsecured  
Nonpriority Claims

Subtotal ➤ $ 1,050.17

Total ➤ $

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Michael K Wright                                    Case No. _____
       _____                                    (If known)
              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SCA COLLECTIONS INC<br>300 E ARLINGTON<br>GREENVILLE, NC 27858 | | | COLLECTIONS FOR SOUTHEASTERN PATHOLOGY | | | | 113.00 |
| ACCOUNT NO.<br>ST JOHN COBB INC<br>209 DELBURG<br>DAVIDSON, NC 28036 | | | COLLECTIONS FOR ANESTHESIA ASSOC OF MACON | | | | UNK |
| ACCOUNT NO.<br>SYNCHRONY BANK<br>PO BOX 960061<br>ORLANDO, FL 32896 | | | | | | | 584.70 |
| ACCOUNT NO.<br>THE MEDICAL CENTER OF CENTRAL GEORGIA, INC<br>PO BOX 116417<br>ATLANTA, GA 30368<br><br>The Medical Center Central Ga<br>Attn: Billing<br>777 Hemlock St<br>Macon Ga 31201 | | | | | | | 1,799.00 |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 2,496.70

Total > $ 17,435.45

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: __Michael K Wright_____,     Case No. _____
               Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|   |   |

B6H (Official Form 6H) (12/07)

In re: **Michael K Wright**
_____
Debtor

Case No. _____
(if known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **Michael K Wright**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **son** | AGE(S): **14** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Foreman** | |
| Name of Employer | **Delta Equipment** | **Destiny Fitness** |
| How long employed | **9 years** | **2 weeks** |
| Address of Employer | **300 Valley Dr PO Box 2266 Perry, GA 31069** | **217 S Madison Ave Douglas Ga 31533** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 4,137.68 | $ 530.83 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 4,137.68 | $ 530.83 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 645.32 | $ 54.23 |
| b. Insurance | $ 108.64 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 753.96 | $ 54.23 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,383.73 | $ 476.60 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,383.73 | $ 476.60 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,860.33 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**None**

B6J (Official Form 6J) (12/07)

In re **Michael K Wright** _____,
                              Debtor

Case No. _____ (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|    a. Are real estate taxes included?  Yes ___  No ✓ | |
|    b. Is property insurance included?  Yes ___  No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 250.00 |
|    b. Water and sewer | $ 75.00 |
|    c. Telephone | $ 250.00 |
|    d. Other **cable** | $ 90.00 |
| | $ 35.00 |
| 3. Home maintenance (repairs and upkeep) | $ 800.00 |
| 4. Food | $ 55.00 |
| 5. Clothing | $ 40.00 |
| 6. Laundry and dry cleaning | $ 200.00 |
| 7. Medical and dental expenses | $ 575.00 |
| 8. Transportation (not including car payments) | $ 130.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 125.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | $ 0.00 |
|    a. Homeowner's or renter's | $ 0.00 |
|    b. Life | $ 0.00 |
|    c. Health | $ 210.00 |
|    d. Auto | $ 0.00 |
|    e. Other _____ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $ 0.00 |
| (Specify) _____ | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | $ 0.00 |
|    a. Auto | $ 0.00 |
|    b. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **beauty/barber** | $ 60.00 |
|    **car tags** | $ 30.00 |
|    **childs school lunches** | $ 45.00 |
|    **Lot rent** | $ 175.00 |
|    **Wife: credit cards** | $ 50.00 |
|    **Wife: Farmers Furniture** | $ 188.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 3,383.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**None**

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
|    a. Average monthly income from Line 15 of Schedule I | $ 3,860.33 |
|    b. Average monthly expenses from Line 18 above | $ 3,383.00 |
|    c. Monthly net income (a. minus b.) | $ 477.33 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Georgia

In re **Michael K Wright**  
Debtor

Case No. _____

Chapter **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 75,006.95 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 74,655.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 2,306.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 17,435.45 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,860.33 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,383.00 |
| TOTAL | | 17 | $ 75,006.95 | $ 94,396.45 | |